**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AROLDO ALBERTO RODRIGUEZ DIAZ**, | Case No.: 4:20-cv-1806-YGR |
| Petitioner, | **JUDGMENT** |
| vs. | |
| **WILLIAM P. BARR, ET AL**, | |
| Respondents. | |

The Court having granted in part and denied in part the petition and the request for a temporary restraining order, it is **ORDERED, ADJUDGED AND DECREED** that, in compliance with the Court's prior Order:

The government must provide petitioner Aroldo Alberto Rodriguez Diaz with a bond hearing before an immigration judge within twenty-one (21) days of the date of the Court's Order and this Judgment. At that hearing, the government will bear the burden of demonstrating, by clear and convincing evidence, that Rodriguez Diaz is a flight risk or a danger to the community.

Each party is to bear its own costs of the action.

The Clerk of the Court shall enter this judgment and close this matter.

**IT IS SO ORDERED.**

Dated: April 27, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**